UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH PADILLA, | ) | Case No. CV 05-7743 ODW(JC) |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| M.S. EVANS, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 24, 2010

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE